# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ronald Muhammad, et al.

                Plaintiff,

v.                                        Case No.: 1:24−cv−04540

                                                             Honorable John F. Kness

Federal Housing Finance Agency, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 25, 2024:

      MINUTE entry before the Honorable John F. Kness: Telephonic status hearing held 9/25/2024. Due to difficulties understanding counsel and Plaintiffs over the telephone, the Court truncated the hearing. Plaintiffs are given leave personally to submit a response to their counsel's motion to withdraw. Plaintiffs should provide any written response to their current counsel, who must then file the response on the docket ex parte and under seal. Plaintiffs must submit any response on or before 10/11/2024. A continued status and motion hearing is set for 10/28/2024 at 9:30 A.M. That hearing will presumptively be held in person subject to further order. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.